**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WELLS FARGO INSURANCE SERVICES USA, INC., | |
| Plaintiff, | CIVIL ACTION |
| v. | Case No.  2:17-cv-01287-DSC |
| EDGEWOOD PARTNERS INSURANCE CENTER, INC., SEAN ANDREAS, ZACHARY MENDELSON, CHARLES YORIO, PHILLIP WAKIM, JANICE ZEWE, SALLY KRAUSS, KURT KARSTENS and PETER KOSTORICK, | Honorable David Stewart Cercone |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wells Fargo Insurance Services USA, Inc. hereby dismisses, without prejudice, all claims against Defendants Edgewood Partners Insurance Center, Inc., Sean Andreas, Zachary Mendelson, Charles Yorio, Phillip Wakim, Janice Zewe, Sally Krauss, Kurt Karstens, and Peter Kostorick in the above-captioned action.

Respectfully submitted,

Dated:  October 13, 2017

/s/ *Jarrod Shaw*_____
Jarrod Shaw
Pa. ID No. 93459
Gerald J. Stubenhofer Jr.
Pa. ID No. 72921
Natalie Zagari
Pa. ID No. 316221
MCGUIREWOODS LLP

1

Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000 (Telephone)
(412) 667-6050 (Facsimile)
jshaw@mcguirewoods.com
gstubenhofer@mcguirewoods.com
zagari@mcguirewoods.com

*Counsel for Plaintiff Wells Fargo Insurance
Services USA, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed in the ECF court system, which will provide electronic service of the same to all registered users.

/s/ *Jarrod D. Shaw*